EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : Case No. 3:15-CR-155 (RNC) |
| v. | : |
| ROSS SHAPIRO, et al. | : SEPTEMBER 10, 2015 |

## DECLARATION OF LEONID SANDLAR

I, Leonid Sandlar, do state as follows:

1. My name is Leonid Sandlar. I am over the age of twenty-one (21) and am fully competent to make this Affidavit. I have never been convicted of a felony. The statements contained herein are true and correct and are within my personal knowledge.

2. I am an attorney with the law firm of PETRILLO KLEIN & BOXER LLP, in its office located in New York, New York. My contact information is as follows:

Leonid Sandlar
PETRILLO KLEIN & BOXER LLP
655 Third Avenue, 22nd Floor
New York, NY 10017
Telephone: (212) 370-0330
Facsimile: (212) 370-0391
Email: lsandlar@pkbllp.com

3. I am admitted to practice law in the courts and jurisdictions identified below:

**State Courts:**

New York (bar number 5220884)

**Federal Courts:**

U.S. District Court for the Southern District of New York (bar number LS2387)
U.S. District Court for the Eastern District of New York (bar number LS2387)

4. There are no pending disciplinary complaints against me as to which a finding has been made that such complaint should proceed to a hearing.

5. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Connecticut.

7. I hereby designate Thomas V. Daily as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission. Mr. Daily's contact information is as follows:

>Thomas V. Daily
>REID AND RIEGE, P.C.
>One Financial Plaza, 21st Floor
>Hartford, Connecticut 06103
>Phone: (860) 278-1150
>Fax: (860) 240-1002
>tdaily@rrlawpc.com

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on September 10, 2015.


/s/ Leonid Sandlar
Leonid Sandlar