## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | :     No. 15-cr-00155 (RNC) |
| ROSS SHAPIRO,<br>MICHAEL GRAMINS and<br>TYLER PETERS | : |
| | :     August 10, 2016 |

### DEFENDANTS' JOINT MOTION ON CONSENT FOR PERMISSION TO ISSUE ADDITIONAL SUBPOENA *DUCES TECUM* UNDER RULE 17(C)(1)

This application is respectfully submitted, on consent, to correct an inadvertent ministerial error in omitting from a list of recipients of subpoenas one entity that the defense intended to include in its recent application for trial subpoenas. On July 22, 2016, Defendants moved, pursuant to Rule 17(c)(1) of the Federal Rules of Criminal Procedure, for an Order directing pre-trial return of subpoenas *duces tecum*. With its motion, Defendants filed, under seal, an exhibit listing the proposed subpoena recipients and an appendix containing the proposed subpoenas. The sealed list of recipients inadvertently omitted one party proposed to be served. Following oral argument on August 2, 2016, the Court granted Defendants' motion for the issuance of subpoenas for two categories of information:

    1.    asset manager counterparty financial models or analyses of the non-agency RMBS underlying this case ("Subject Trades") including the model assumptions output, date of the same, yield tables and ranges of prices at which the Counterparty considered the RMBS a potentially attractive investment; and

    2.    documents reflecting non-agency RMBS bids submitted to asset manager counterparties for Subject Trades, including lists of bids received in connection with "bids-wanted in competition" or "BWICs."

In an oversight, Defendants neglected to include one asset manager counterparty ("Counterparty A") on the list of proposed subpoena recipients. Counterparty A is situated similarly to the other counterparties as to which the Court authorized the issuance of subpoenas seeking documents in the above categories. A proposed subpoena to this Counterparty A is attached as Exhibit A (filed under seal to preserve confidentiality as per the Protective Order).

Accordingly, Defendants respectfully request the Court's permission to serve the attached subpoena *duces tecum* on Counterparty A. We have communicated with the government concerning this application, and it consents to the relief requested herein.

Dated: August 10, 2016

    Respectfully submitted,

    PETRILLO KLEIN & BOXER LLP

    By:  /s/ Joshua Klein
    Guy Petrillo (CT19924)
    Joshua Klein (PHV07748)
    655 Third Avenue, 22nd Floor
    New York, New York 10017
    Telephone: (212) 370-0330
    Facsimile:  (212) 370-0391
    gpetrillo@pkbllp.com
    *Attorneys for Ross Shapiro*

    ALSTON & BIRD LLP

    By:  /s/ Brett D. Jaffe
    Brett D. Jaffe (PHV07701)
    Joseph G. Tully (PHV07702)
    90 Park Avenue
    15th Floor
    New York, NY 10016-1387
    Telephone: (212) 210-9400
    Facsimile:  (212) 210-9444
    Brett.Jaffe@alston.com
    *Attorneys for Tyler Peters*

GREENBERG TRAURIG LLP

By:  /s/ Marc L. Mukasey
Marc L. Mukasey (PHV07694)
Greenberg Traurig LLP
200 Park Avenue
New York, NY 10166
Telephone:  (212) 801-9200
Facsimile:   (212) 801-6400
mukaseym@gtlaw.com
*Attorneys for Michael Gramins*