UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:15CR155 (RNC) |
| | : | |
| v. | : | |
| | : | |
| ROSS SHAPIRO, | : | |
| MICHAEL GRAMINS and | : | |
| TYLER PETERS | : | January 3, 2017 |

MOTION TO SEAL

Pursuant to Local Rule of Criminal Procedure 57, the Government respectfully moves the Court to seal its Motion to Continue and Exclude Time Under the Speedy Trial Act ("Motion to Continue"), filed at the same time as this Motion to Seal. The Government makes this motion because the Motion to Continue discusses personal medical information related to one of the prosecutors in this matter. The Government will file a version of the Motion to Continue on the public docket that redacts that personal information. The Government has consulted with counsel for the defendants, who do not object to the requested sealing.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY
/s/
_____
DAVID E. NOVICK
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. PHV02824

HEATHER L. CHERRY
LIAM B. BRENNAN
ASSTANT UNITED STATES ATTORNEYS
U.S. Attorney's Office
157 Church Street
New Haven, CT 06510
(203) 821-3700
David.Novick@usdoj.gov

CERTIFICATE OF SERVICE

      This is to certify that on January 3, 2017, a copy of the foregoing Motion and proposed Order was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/
_____
DAVID E. NOVICK
ASSISTANT U.S. ATTORNEY