# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | S3 No. 15-cr-00155 (RNC) |
| | : | |
| ROSS SHAPIRO, | : | |
| MICHAEL GRAMINS and | : | |
| TYLER PETERS | : | |

## WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF PLEA OF NOT GUILTY

I, Ross Shapiro, a defendant in this case, state as follows:

1. I have received copies of the Second and Third Superseding Indictments in this case. I understand the nature and substance of the charges, the maximum penalties applicable in the event I am convicted, and my constitutional rights. My attorney has advised me of these rights and the penalties provided if I am convicted.

2. I understand I have the right to appear personally with my attorney before a judicial officer for arraignment in open court on the charges. I further understand that without this waiver, I will be arraigned in open Court and must appear as directed.

3. I have conferred with my attorney and fully understand all of the above. I hereby waive personal appearance at arraignment and the public reading of the Second and Third Superseding Indictments. By this petition, I plead NOT GUILTY. I understand that entry by the Court of this plea will conclude the arraignment in this case for all purposes.

I respectfully submit this petition to enter a Plea of NOT GUILTY in my absence.

_____*Ross Shapiro*_____   _____3-13-17_____
ROSS SHAPIRO                         Date

I am counsel for Ross Shapiro. I have reviewed the charges against my client and agree with my client's request to waive appearance at the arraignment.

_____*[signature]*_____   _____3-13-17_____
GUY PETRILLO                         Date

Based on the foregoing, it is hereby ORDERED that the defendant's motion to waive appearance at arraignment on the Second and Third Superseding Indictments is GRANTED. The defendant is arraigned and the Plea of NOT GUILTY to all charges in the Second and Third Superseding Indictments is ENTERED as of the date of this Order.

_____   _____
DONNA F. MARTINEZ                         Date
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : S3 No. 15-cr-00155 (RNC) |
| ROSS SHAPIRO, MICHAEL GRAMINS and TYLER PETERS | : |

**WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT
AND ENTRY OF PLEA OF NOT GUILTY**

I, Michael Gramins, a defendant in this case, state as follows:

1. I have received copies of the Second and Third Superseding Indictments in this case. I understand the nature and substance of the charges, the maximum penalties applicable in the event I am convicted, and my constitutional rights. My attorney has advised me of these rights and the penalties provided if I am convicted.

2. I understand I have the right to appear personally with my attorney before a judicial officer for arraignment in open court on the charges. I further understand that without this waiver, I will be arraigned in open Court and must appear as directed.

3. I have conferred with my attorney and fully understand all of the above. I hereby waive personal appearance at arraignment and the public reading of the Second and Third Superseding Indictments. By this petition, I plead NOT GUILTY. I understand that entry by the Court of this plea will conclude the arraignment in this case for all purposes.

I respectfully submit this petition to enter a Plea of NOT GUILTY in my absence.

_____     3/15/2017
MICHAEL GRAMINS                       Date

I am counsel for Michael Gramins. I have reviewed the charges against my client and agree with my client's request to waive appearance at the arraignment.

_____     3/15/2017
MARC L. MUKASEY                       Date

Based on the foregoing, it is hereby ORDERED that the defendant's motion to waive appearance at arraignment on the Second and Third Superseding Indictments is GRANTED. The defendant is arraigned and the Plea of NOT GUILTY to all charges in the Second and Third Superseding Indictments is ENTERED as of the date of this Order.

_____     _____
DONNA F. MARTINEZ                     Date
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : S3 No. 15-cr-00155 (RNC) |
| ROSS SHAPIRO, MICHAEL GRAMINS and TYLER PETERS | : |

## WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF PLEA OF NOT GUILTY

I, Tyler Peters, a defendant in this case, state as follows:

1. I have received copies of the Second and Third Superseding Indictments in this case. I understand the nature and substance of the charges, the maximum penalties applicable in the event I am convicted, and my constitutional rights. My attorney has advised me of these rights and the penalties provided if I am convicted.

2. I understand I have the right to appear personally with my attorney before a judicial officer for arraignment in open court on the charges. I further understand that without this waiver, I will be arraigned in open Court and must appear as directed.

3. I have conferred with my attorney and fully understand all of the above. I hereby waive personal appearance at arraignment and the public reading of the Second and Third Superseding Indictments. By this petition, I plead NOT GUILTY. I understand that entry by the Court of this plea will conclude the arraignment in this case for all purposes.

I respectfully submit this petition to enter a Plea of NOT GUILTY in my absence.

_____     3/13/17
TYLER PETERS                  Date

I am counsel for Tyler Peters. I have reviewed the charges against my client and agree with my client's request to waive appearance at the arraignment.

_____     3/13/17
BRETT D. JAFFE                Date

Based on the foregoing, it is hereby ORDERED that the defendant's motion to waive appearance at arraignment on the Second and Third Superseding Indictments is GRANTED. The defendant is arraigned and the Plea of NOT GUILTY to all charges in the Second and Third Superseding Indictments is ENTERED as of the date of this Order.

_____     _____
DONNA F. MARTINEZ             Date
UNITED STATES MAGISTRATE JUDGE