## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:15CR155 (RNC) |
| | : | |
| v. | : | |
| | : | |
| ROSS SHAPIRO, | : | March 30, 2017 |
| MICHAEL GRAMINS, and | : | |
| TYLER PETERS | : | |

## MOTION TO SEAL EXHIBIT ONE TO THE GOVERNMENT'S TRIAL MEMORANDUM

At the request of defendants, the Government moves the Court to seal Exhibit 1 to the Government's Trial Memorandum (Docket 329).

On March 29, 2017, the Government filed a Trial Memorandum in this matter that included a description of the evidence the Government anticipated presenting related to the defendants' compensation, at the Court's request. In addition to describing the relevant testimony on the subject, the Government attached as Exhibit 1 its anticipated trial exhibit on the issue, previously identified to defendants as Government Exhibit 6 for trial. Exhibit 1 details the relevant compensation numbers for the members of the Nomura RMBS desk, including defendants.

Defendants have expressed concern over the public filing of Exhibit 1 because they believe it may prejudice them in the context of the jury selection process. The Government disagrees with this position. However, to avoid unnecessary litigation and argument over this issue, the Government has agreed to file, with defendants' consent, a motion to seal Exhibit 1 to the Trial Memorandum.

Wherefore, the Government respectfully requests that the Court seal Exhibit 1 to Docket 329.

.

                        Respectfully submitted,

                        DEIRDRE M. DALY
                        UNITED STATES ATTORNEY

                        /s/ *David E. Novick*

                        _____
                        DAVID E. NOVICK
                        ASSISTANT UNITED STATES ATTORNEY
                        FEDERAL BAR NO. PHV02874

                        LIAM B. BRENNAN
                        HEATHER L. CHERRY
                        ASSISTANT UNITED STATES ATTORNEY

                        U.S. Attorney's Office
                        157 Church Street
                        New Haven, CT 06510
                        (203) 821-3700
                        david.novick@usdoj.gov

## Certificate of Service

      I hereby certify that on March 30, 2017, a copy of the foregoing was sent electronically to counsel for Ross Shapiro, Michael Gramins, and Tyler Peters through the Court's ECF system.

                                                              _____/s/_____
                                                               DAVID E. NOVICK
                                                               ASSISTANT UNITED STATES ATTORNEY